UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

JEFFREY CHANDLER, individually          :
and on behalf of all others
similarly situated, et al.,             :

                    Plaintiffs,    :    15 Civ. 6791 (HBP)

     -against-                     :    OPINION
                                        AND ORDER
TOTAL RELOCATION SERVICES, LLC,    :
et al.,
                                   :
                    Defendants.
                                   :
----------------------------------X

        PITMAN, United States Magistrate Judge:

        Because the named plaintiffs have settled their claims

against defendants, the pending motion for conditional

certification pursuant to 29 U.S.C. § 216(b) (Docket Item 37) is

denied as moot.

        The Clerk of the Court is respectfully requested to

mark Docket Item 37 as closed.

Dated:  New York, New York
        September 8, 2017

                                SO ORDERED

                                HENRY PITMAN
                                United States Magistrate Judge

Copies transmitted to:

All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/17.